July 12, 2007

RECEIVED

2007 JUL 23 A 10: 58

FINANCIAL
DISCLOSURE OFFICE

Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E
Washington, D.C. 20544

Re: Honorable George Caram Steeh III
    U.S. District Court
    Response to your July 6, 2007 Inquiry

Part VII, Page 4:

Line 9 is Europacific Growth Fund CL A (AEPGX) and is held by the McDonald Financial Group (Regular Investment Account).

Lines 11, 12 and 15 are all held by the McDonald Financial Group (IRA Account). Their more specific names are:

Line 11 Growth Fund of America CL A (AGTHX)
Line 12 Investment Co of America CL A (AIVSX)
Line 15  Europacific Growth Fund CL A (AEPGX)

Line 17 BAC Capital Trust XII was bought 8/2/06. Its value code is K.

We hope this response satisfactorily answers your questions and that our 2006 report can now be closed.



AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STEEH, GEORGE C | US DIST COURT EASTERN DIST MI | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. LAFAYETTE #235<br>DETROIT, MI. 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS | CHILD ADVOCACY CENTER - CARE HOUSE |
| 2. BOARD OF DIRECTORS | MARCH OF DIMES - SOUTHEASTERN MICHIGAN CHAPTER |
| 3. BOARD OF DIRECTORS | COMPREHENSIVE YOUTH SERVICES |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | COUNTY OF MACOMB EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 2. 1996 | DEFERRED COMPENSATION PLAN 457-MACOMB COUNTY EMPLOYEES |
| 3. | |

RECEIVED 2007 MAY 16 A 1:27 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 01/01/04 | STATE OF MICHIGAN EMPLOYEE RETIREMENT PLAN | $ 19277.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. GEORGE MASON UNIVERSITY LAW SCHOOL | 11/03/06 - 11/09/06 MEALS, LODGING, TRANSPORTATION. EVENT HELD IN CAPTIVA, FLORIDA. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | BURNING TREE GOLF & COUNTRY CLUB | HONORARY MEMBERSHIP | $ 2520.0 |
| 2. | GOWANIE GOLF CLUB | HONORARY MEMBERSHIP | $ 3000.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BENNETT PROMISSORY NOTE | A | Interest | J | W | | | | | |
| 2. 3D SYSTEMS CORPORATION | | None | J | T | | | | | |
| 3. ZILA INC. | | None | J | T | | | | | |
| 4. FORD MOTOR COMPANY | A | Dividend | J | T | | | | | |
| 5. COMMUNITY CENTRAL BANK | A | Interest | J | T | | | | | |
| 6. MERRILL LYNCH CMA | A | Interest | J | T | | | | | |
| 7. SYNOVUS FINL CORP | A | Dividend | K | T | | | | | |
| 8. VICTORY GRADISON GOVERNMENT RESERVE | A | Dividend | J | T | | | | | |
| 9. EUROPACIFIC GROWTH FUND CL | A | Dividend | K | T | | | | | |
| 10. MCDONALD INVESTMENTS IRA: | | | | | | | | | |
| 11. A.) GROWTH FUND OF AMERICA CL A | B | Dividend | M | T | | | | | |
| 12. B.) INVESTMENT CO. OF AMERICA CL A | B | Dividend | L | T | | | | | |
| 13. C.) SCUDDER HIGH INCOME FUND CLASS A (DWS) | C | Dividend | K | T | MERGER | 2/6 | | | |
| 14. D.) FDIC VARIABLE RATE DEPOSIT | A | Interest | J | T | | | | | |
| 15. E.) EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | K | T | | | | | |
| 16. F.) CALAMOS GROWTH FUND CLASS B | | None | J | T | | | | | |
| 17. G.) BAC CAPITAL TRUST XII | B | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>PI =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    H & R BLOCK - CASH | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STEEH, GEORGE C | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

Date  *5-10-2007*

NO
AN                                    LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544